FILED
2022 Apr-28  PM 03:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2022-900905.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### CAHABA RIDGE RETIREMENT COMMUNITY, LLC V. BRENDLE SPRINKLER CO., INC.

**NOTICE TO:** BRENDLE SPRINKLER CO., INC., C/O FELIX BRENDLE 3635 MCCHORD STREET, MONTGOMERY, AL 36109

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MICHAEL ANDREW MONTGOMERY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. Box 850368, MOBILE, AL 36685

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[☑] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure.    *[Name(s)]*

| 04/04/2022 | /s/ JACQUELINE ANDERSON  SMITH | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on _____.

*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____
*(Type of Process Server)*          *(Address of Server)*

_____          _____
*(Server's Signature)*          _____

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BRENDLE SPRINKLER CO., INC.

C/O FELIX BRENDLE

3635 MCCHORD STREET

MONTGOMERY, AL 36109



9590 9402 7107 1251 0755 87

2. Article Number *(Transfer from service label)*

7021 1970 0001 4428 9063

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X CBW 925 C-19   ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
CW                                 3-31-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☒ No

   S/C

   CV- 22- 90 0105

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt



**USPS TRACKING #**

9590 9402 7107 1251 0755 87

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

APR 04 2022

JACQUELINE ANDERSON SMITH
CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

9-011101

ELECTRONICALLY FILED
3/29/2022 1:33 PM
01-CV-2022-900905.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

DOCUMENT 7

Cahaba Ridge Retirement Community, LLC ,

Plaintiff

01-CV-2022-900905.00
Case No.

VS.

Circuit Court of Jefferson County
(Court or Administrative Agency)

Brendle Sprinkler Co., Inc. ,
Defendant

## VERIFIED APPLICATION FOR ADMISSION
## TO PRACTICE UNDER RULE VII OF THE
## RULES GOVERNING ADMISSION TO THE ALABAMA STATE BAR

Comes now ZACHARY M. JETT , applicant
herein, and respectfully represents the following:

1. Applicant resides at 9624 Sweet Cedar Lane ,
Street Address

Charlotte , Mecklenburg , North Carolina ,
City                County              State

28277 , (704) 301-0852 , XXX-XX-XXXX
Zip Code            Telephone           Social Security Number

2. Applicant is an attorney and a member of the law firm of (or practices law
under the name of) Butler Weihmuller Katz Craig LLP , with
offices at 11605 N. Community House Road, Suite 150 , Charlotte ,
Street Address                                    City

Mecklenburg , North Carolina , 28277 , (704) 543-2321
County          State              Zip Code      Telephone

zjett@butler.legal
E-mail

3. Applicant has been retained personally or as a member of the above named

law firm by Cahaba Ridge Retirement Community, LLC _____to

provide legal representation in connection with the above-styled matter now pending
before the above-named court or administrative agency of the State of Alabama.

4. Since March 27 _____ of 19/20 10 ___, applicant has been,
and presently is, a member in good standing of the Bar of the highest court of the

State of North Carolina _____, where applicant
regularly practices law **ATTACH A CERTIFICATE OF GOOD STANDING.**

5. Applicant has been admitted to practice before the following courts: (List
all of the following courts applicant has been admitted to practice before: United States
District Courts; United States Circuit Courts of Appeals; the Supreme Court of the
United States; and courts of other states.)

| Court: | Date Admitted: |
|---|---|
| Please see attachment | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Applicant is presently a member in good standing of the Bars of those courts listed above,
except as may be listed below: (Here list any court named in the preceding paragraph that
applicant is no longer admitted to practice before.)

N/A _____

_____

_____

DOCUMENT 7

DOCUMENT 7

6. Applicant presently is not subject to any disbarment proceedings, except as provided below (give particulars, e.g., jurisdiction, court, date):

N/A _____

_____

7. Applicant presently is not subject to any suspension proceedings, except as provided below (give particulars, e.g., jurisdiction, court, date):

N/A _____

_____

8. Applicant never has been subject to any disbarment proceedings, except as provided below (give particulars, e.g., jurisdiction, date of proceedings, court, date of reinstatement):

N/A _____

_____

9. Applicant never has been subject to any suspension proceedings, except as provided below (give particulars, e.g., jurisdiction, date of proceedings, court, date of reinstatement):

N/A _____

_____

10. Applicant never has had any certificate or privilege to appear and practice before any administrative body suspended or revoked, except as provided below (give particulars, e.g., date, administrative body, date of suspension and reinstatement):

N/A _____

_____

11. Applicant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate applicant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

N/A _____

_____

DOCUMENT 7

12. Applicant or a member of applicant's firm has filed applications(s) to appear as counsel under Rule VII during the past three (3) years in the following matters:

| Date of Application | Name of Applicant | Case No. and Style of Case | Court or Admin. Body | Application Granted/Denied |
|---|---|---|---|---|
| Please see attachment. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(If necessary, please attach statement of additional applications.)

13. Local counsel of record associated with applicant in this matter is

Michael A. Montgomery                                                                 ,

who has offices at P.O. Box 850368                                                    ,

Mobile                              , Mobile                              ,Alabama,
City                                        County

36685-0368                    , 251-338-3801                    , mmontgomery@butler.legal
Zip Code                              Telephone                              E-mail

14. The following list accurately states the name and address of each party in this matter, WHETHER OR NOT REPRESENTED BY COUNSEL, and the name and address of each counsel of record who has appeared for each party:

| Name of Party | Mailing Address |
|---|---|
| Please see attachment | |
| | |
| | |
| | |
| | |

DOCUMENT 7

(Item 14, Continued)

Name of Counsel: Michael A. Montgomery                    Party Represented: Plaintiff

Mailing Address and E-mail: Butler Weihmuller Katz Craig LLP
P.O. Box 850368
Mobile, AL  36685-0368


Name of Counsel: _____    Party Represented: _____

Mailing Address and E-mail:_____


Name of Counsel: _____    Party Represented: _____

Mailing Address and E-mail:_____


Name of Counsel: _____    Party Represented: _____

Mailing Address and E-mail:_____


Name of Counsel: _____    Party Represented: _____

Mailing Address and E-mail:_____


(If necessary, please attach list of additional attorney's)

15. Applicant agrees to comply with the provisions of the Alabama Rules of Professional Conduct, and applicant consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

16. Applicant respectfully requests to be admitted to practice in the above named court or administrative agency for this cause only.

DATED this 29th _____ of March _____, 20 22 .

_____
APPLICANT

STATE OF NORTH CAROLINA _____ )
COUNTY OF MECKLENBURG _____ )

I, Zachary M. Jett _____,do hereby swear or affirm under penalty of perjury that I am the applicant in the above-styled matter; that I have read the foregoing application and know the contents thereof, and that the contents are true of my own knowledge, except as to those matters stated on information and belief, and that as to those matters I believe them to be true.

_____
APPLICANT

Subscribed and Sworn to before me this
29th _____ day of March _____, 20 22 .

_____
NOTARY PUBLIC

JENNIFER L. HUBER
NOTARY PUBLIC
Mecklenburg County
North Carolina
My Commission Expires August 7, 2022

DOCUMENT 7

DOCUMENT 7

I hereby consent, as local counsel of record, to the association of applicant in this cause pursuant to Rule VII of the Rules Governing Admission to the Alabama State Bar.

DATED this <u>29th</u> day of <u>March</u>, 20 <u>22</u>.

_____
LOCAL COUNSEL

## NOTICE OF HEARING

This application for admission is set for hearing by the court or administrative agency in the style hereof on the <u>22nd</u> day of <u>April</u>, 20 <u>22</u>.

_____
LOCAL COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that I have filed this application and fees with the Alabama State Bar:

[x] **Civil** PHV Motions:  via **Alafile** (Including $300 electronic filing fee/$25 electronic CSF Assessment)

[ ] **Criminal** PHV Motions: via USPS to Alabama State Bar, PHV Regulatory Office, PO Box 671, Montgomery, AL 36101, accompanied by **two separate checks** ($300 filing fee/$25 CSF Assessment) (Must be filed with the Bar at least 21 days prior to PHV hearing date provided above)

On this the <u>29th</u> day of <u>March</u>, 20 <u>22</u>.

_____
LOCAL COUNSEL

(Form approved by Alabama State Bar and Alabama Supreme Court to be effective January 1,1994.)

**ATTACHMENT**

Question #5 - Applicant has been admitted to practice before the following courts:

| Court: | Date Admitted: |
|---|---|
| Tennessee State Court | November 02, 2009 |
| U.S. District Court – Western District of Tennessee | December 29, 2020 |
| U.S. District Court – Middle District of Tennessee | December 13, 2021 |
| North Carolina State Court | March 27, 2010 |
| U.S. District Court – Western District of North Carolina | July 7, 2011 |
| U.S. District Court – Eastern District of North Carolina | July 21, 2011 |
| U.S. District Court – - Middle District of North Carolina | July 21, 2011 |
| Mississippi State Court | July 27, 2010 |
| South Carolina State Court | September 19, 2012 |
| U.S. District Court – District of South Carolina | June 5, 2015 |
| Virginia State Court | September 13, 2018 |
| U.S. District Court – Western District of Virginia | December 18, 2019 |
| U.S. District Court – Eastern District of Virginia | January 14, 2020 |

Question #12 - Applicant or a member of applicant's firm has filed application(s) to appear as counsel under Rule VII during the past three (3) years in the following matters:

| Date of Application | Name of Applicant | Case No. and Style of Case | Court or Admin. Body | Application Granted/Denied |
|---|---|---|---|---|
| 11/19/21 | Mary Jo Kuusela | CV-2021-901555.00 Westport Insurance Corp., et al v. Remedial Services, Inc. | Circuit Court of Mobile County | Granted |
| 08/05/21 | Matthew W. Peaire | CV-2021-900361.00 Homesite Insurance Company of the Midwest v. Mungo Homes of Alabama, et al | Circuit Court of Madison County | Granted |
| 04/21/20 | Jason O. Lowe | CV-2019-904707.00 Metropolitan Property and Casualty Insurance Company v. Sealy Service Company, LLC | Circuit Court of Jefferson County | Granted |
| 09/20/19 | Matthew W. Peaire | 1:19-cv-1042 National Union Fire Insurance Company of Pittsburgh, et al v. Centimark Corporation | U.S. District Court – Northern District of Alabama | Granted |
| 09/20/19 | Sean P. Ravenel | 1:19-cv-1042 National Union Fire Insurance Company of Pittsburgh, et al v. Centimark Corporation | U.S. District Court – Northern District of Alabama | Granted |

Question #14 - The following list accurately states the name and address of each party in this matter, **WHETHER OR NOT REPRESENTED BY COUNSEL**, and the name and address of each counsel of record who has appeared for each party:

| Name of Party | Mailing Address |
|---|---|
| Cahaba Ridge Retirement Community, LLC | c/o Michael A. Montgomery<br>Butler Weihmuller Katz Craig LLP<br>P.O. Box 850368<br>Mobile, Alabama 36685 |
| Brendle Sprinkler Co., Inc. | c/o Felix Brendle<br>3635 McChord Street<br>Montgomery, AL 36109-1015 |

DOCUMENT 7

DOCUMENT 7

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify

that on March 27, 2010, license to practice as an Attorney and Counselor at Law in all the

Courts of this State was issued by the North Carolina Board of Law Examiners to

## Zachary Jett

according to the certified list of licentiates reported by the Secretary of said Board and filed

in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this

Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in

Raleigh, this March 7, 2022.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina



AlaFile E-Notice

01-CV-2022-900905.00

To:  MICHAEL ANDREW MONTGOMERY
     mmontgomery@butlerpappas.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

CAHABA RIDGE RETIREMENT COMMUNITY, LLC V. BRENDLE SPRINKLER CO., INC.
01-CV-2022-900905.00

The following complaint was FILED on 3/28/2022 10:25:24 AM

Notice Date:       3/28/2022 10:25:24 AM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>01<br>Date of Filing:<br>03/28/2022 | ELECTRONICALLY FILED<br>3/28/2022 10:25 AM<br>01-CV-2022-900905.00<br>CIRCUIT COURT OF<br>JEFFERSON COUNTY, ALABAMA<br>JACQUELINE ANDERSON  SMITH, CLERK<br>Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**CAHABA RIDGE RETIREMENT COMMUNITY, LLC v. BRENDLE SPRINKLER CO., INC.**

**First Plaintiff:** ☑ Business  ☐ Individual  **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ QTLB - Quiet Title Land Bank
☐ FELA - Railroad/Seaman (FELA)
☑ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING  A ☐ APPEAL FROM<br>DISTRICT COURT  O ☐ OTHER

R ☐ REMANDED  T ☐ TRANSFERRED FROM<br>OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES ☑ NO  Note:  Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

| **ATTORNEY CODE:**<br><br>MON043 | 3/28/2022 10:25:41 AM<br>Date | /s/ MICHAEL ANDREW MONTGOME<br>Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:**  ☐ YES ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES ☐ NO

DOCUMENT 2



ELECTRONICALLY FILED
3/28/2022 10:25 AM
01-CV-2022-900905.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

CAHABA RIDGE RETIREMENT
COMMUNITY, LLC,

     Plaintiff,

vs.

BRENDLE SPRINKLER CO., INC.,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO: _____

## COMPLAINT

COMES NOW the Plaintiff, Cahaba Ridge Retirement Community, LLC, by and through undersigned counsel, and pursuant to the Alabama Rules of Civil Procedure, files this Complaint against Defendant Brendle Sprinkler Co., Inc., and avers as follows:

## GENERAL ALLEGATIONS

1.     At all times material, Plaintiff, Cahaba Ridge Retirement Community, LLC ("Cahaba Ridge") was a limited liability company organized and operating pursuant to the laws of the State of Nebraska, with its principal place of business in Lincoln, Nebraska, and was authorized to conduct business in the State of Alabama.

2.     At all times material, Cahaba Ridge owned property located at 3090 Healthy Way, Vestavia Hills, Alabama (the "Property").

3.     At all times material, Defendant Brendle Sprinkler Co., Inc. ("Brendle") was a corporation organized and operating pursuant to the laws of the State of Alabama, with its principal place of business in Montgomery, Alabama.

4.     Prior to April 8, 2021, Brendle was hired to conduct an annual backflow prevention inspection at the Property.

5.    On or about April 8, 2021, Brendle arrived on site to conduct the backflow prevention inspection.

6.    While on site and without instruction from Cahaba Ridge, Brendle's technician turned off the valve that controlled the pilot pressure valve and completed the inspection of the Property's backflow preventer.

7.    At the conclusion of his work, Brendle's technician advised Cahaba Ridge that the backflow preventer passed inspection.

8.    Brendle's technician did not advise Cahaba Ridge that the pilot pressure valve was left in the "off" position, and did not indicate any abnormality or note any recommendations on his work order signed by Cahaba Ridge (Ex. A.)

9.    When the pilot pressure valve is "off", water pressure entering the property is not regulated, allowing full force PSI from the city to flow into the building.

10.    The pressure flowing into the building exceeded the 150 psi rating on the pressure relief valves of the water heaters at the Property, allowing the water to penetrate the Property through multiple water heaters, causing extensive damage.

11.    As a result of the incident Plaintiff sustained damages in the amount of $268.458.91.

12.    All conditions precedent to the bringing of this action has occurred, have been met, or have been waived.

13.    Venue for this action is proper in Jefferson County, Alabama because the events giving rise to the claim occurred in Jefferson County, Alabama.

## COUNT I
## NEGLIGENCE

14.    Plaintiff hereby re-alleges and incorporates paragraphs 2 through 13 as if fully stated herein.

15.    Brendle had a duty to ensure its work was performed at the Property in a proper and workmanlike manner that would not expose Cahaba Ridge to damage.

16.    Brendle breached this duty of due care in the following non-exclusive particulars:

a.    Failing to turn the pilot pressure valve on after completing its work;

b.    Failing to perform its work in such a manner so as to not cause damage to the property;

c.    Failing to stop its work when an unsafe condition was identified;

d.    Failing to alert Cahaba Ridge of any water issues at the Property;

e.    Failing to warn Cahaba Ridge of potential issues when the pilot pressure valve was turned off;

f.    Creating an unsafe condition which Brendle knew or should have known posed a risk of damage to the Property;

g.    Failing to hire and/or employ competent employees, agents, servants, vendors, contractors, or subcontractors to perform services at the Property;

h.    Failing to properly, adequately, and safely supervise and instruct the activities of its employees, agents, servants, vendors, contractors, or subcontractors during the work at the Property;

i.    Failing to comply with all applicable local, state and/or national safety codes; and

j.    Otherwise failing to use due care in ways that may be disclosed in discovery.

17.    As a direct and proximate result of Brendle's breaches of duty and due care, Cahaba Ridge sustained the damages described herein.


**WHEREFORE**, Plaintiff, Cahaba Ridge Retirement Community, LLC demands judgment against Defendant, Brendle Sprinkler Co., Inc, for all damages, pre-judgment interest, post-judgment interest, costs, and any other relief this Court deems proper and just.

Done, this 28th day of __March__, 2022.

Respectfully submitted,

_____
Michael A. Montgomery (MON043)
mmontgomery@butler.legal
BUTLER WEIHMULLER KATZ CRAIG LLP
P.O. Box 850368
Mobile, Alabama 36685
Telephone: (251) 338-3801
Facsimile:  (251) 338-3805
Mail Center:   400 N. Ashley Drive, Suite 2300
                       Tampa, Florida  33602
*Attorney for Plaintiff*

OF COUNSEL:
Zachary M. Jett *(to be admitted pro hac vice)*
BUTLER WEIHMULLER KATZ CRAIG LLP
11605 N. Community House Road, Suite 150
Charlotte, North Carolina  28277
Telephone: (704) 543-2321
Facsimile:  (704) 543-2324
zjett@butler.legal

TO THE CLERK OF THE COURT:

Serve Defendant by Certified Mail at the following address:

Brendle Sprinkler Co., Inc.
c/o Felix Brendle
3635 McChord Street
Montgomery, Alabama 36109-1015

Inspecting Affiliate:
Brendle Sprinkler Company. Inc
3635 McChord St
Montgomery, AL  36109

Service Location:
Cahaba Ridge Retirement Resort
#CR
3090 Healthy Way
Birmingham. AL. 35243
US

# 4503982
## Asset Data



## Back Flow Inspection - Additional Information

1. AHJ Name: _____     AHJ Phone: _____
2. Does the AHJ provide Inspection Documents that must be completed and returned to AHJ?  ☐ Yes  ☑ No
3. If not, does the AHJ require copies of company Inspection forms be submitted to AHJ?  ☐ Yes  ☑ No
   Complete the corresponding section for each type of device at this location. Use additional sheets if necessary.

### Main Fire Line
4. Is there a backflow prevention device on a main sprinkler line at this location?  ☑ Yes  ☐ No
   4a. Make: __Wilkins__     Model #: __350 Ast__  Size: __8"__  Serial #: __4145A__
   Type: ☑ DCA  ☐ DCDA  ☐ RPZA  ☐ RPDA  Location: __Pit by Road__
   4b. Is this device located in a pit or vault that meets OSHA's "Confined Space" definition?  ☑ Yes  ☐ No
5. Is there an antifreeze loop on this line?  ☐ Yes  ☑ No
   5a. Make: _____     Model #: _____  Size: _____  Serial #: _____
   Type: ☐ DCA  ☐ DCDA  ☐ RPZA  ☐ RPDA
6. Is there a bypass on this line?  ☐ Yes  ☑ No
   6a. Make: _____     Model #: _____  Size: _____  Serial #: _____
   Type: ☐ DCA  ☐ DCDA  ☐ RPZA  ☐ RPDA

### Domestic Line
7. Is there a backflow prevention device on a domestic water line at this location?  ☑ Yes  ☐ No
   7a. Make: __Wilkins__     Model #: __350__  Size: __4__  Serial #: __4366__
   Type: ☐ DCA  ☐ DCDA  ☑ RPZA  ☐ PVB  Location: __Hot Box by Road__
   7b. Is this device located in a pit or vault that meets OSHA's "Confined Space" definition?  ☐ Yes  ☑ No
8. Is there a bypass on this line?  ☐ Yes  ☑ No
   8a. Make: _____     Model #: _____  Size: _____  Serial #: _____
   Type: ☐ DCA  ☐ DCDA  ☐ RPZA  ☐ RPDA

### Irrigation Line
9. Is there a backflow prevention device on an irrigation water line at this location?  ☑ Yes  ☐ No
   9a. Make: __Watts__     Model # __009M2QT__  Size: __2"__  Serial #: __006411__
   Type: ☐ DCA  ☐ DCDA  ☑ RPZA  ☐ PVB  Location: __Hot Box by Road__
   9b. Is this device located in a pit or vault that meets OSHA's "Confined Space" definition?  ☐ Yes  ☑ No

Notes:
_____
_____

**EXHIBIT
A**

Wo6001 03/23/2017

**Inspecting Affiliate:**
Brendle Sprinkler Company, Inc
3635 McChord St
Montgomery, AL 36109

**Service Location:**
Cahaba Ridge Retirement Resort
#CR
3090 Healthy Way
Birmingham, AL 35243
US

# 4503982
Technician
Statement



Indicate whether any deficiency has been found at this location during the course of performing this work order, #4503982, by circling yes if deficiencies were found or no if deficiencies were not found. If deficiencies have been found, please describe them below, detailing with particulars how the system is deficient.

System has deficiencies: YES   (NO)  (circle one)

Name: Justin Postma          Signature:                     Date: 4 , 2 2021

**If the answer above is yes,** describe every deficiency, detailing with particulars how this system is deficient. Separately inspecting affiliate will provide Commercial Fire Inc. with a quotation (see below) for the cost to repair these deficiencies. All deficiencies REQUIRE Photos

Description of all deficiencies

Please provide a complete price quote for the repair of these deficiencies, detailing the scope of work, the parts and materials required and their cost, the number of men required, the number of hours of labor and the cost per hour to perform the repair and all other charges. Quote must be broken down by **Scope of work, Materials required, Cost of materials, Number of hours (1 or 2 men) and Cost of labor,** otherwise Commercial Fire will be unable to process quote for approval. Please use the accompanying form.

W0002SI 02/02/2017



ELECTRONICALLY FILED
4/20/2022 3:46 PM
01-CV-2022-900905.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**

CAHABA RIDGE RETIREMENT
COMMUNITY, LLC,                         )
Plaintiff,                                      )
                                                    )
V.                                               )   Case No.:      CV-2022-900905.00
                                                    )
BRENDLE SPRINKLER CO., INC.,        )
Defendant.                                   )

**ORDER**

VERIFIED APPLICATION (Zachary M. Jett) FOR ADMISSION TO PRACTICE PRO HAC VICE
and there are no opposition thereto, said Motion filed by CAHABA RIDGE RETIREMENT
COMMUNITY, LLC, is hereby **GRANTED**.


**DONE this 20th day of April, 2022.**



                                         **/s/ JAVAN J. PATTON**
                                         **CIRCUIT JUDGE**