IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

**CAHABA RIDGE RETIRMENENT COMMUNICTY, LLC,**

    **Plaintiff,**

v.                                                **CASE NO.: 2:22-CV-538-JHE**

**BRENDLE SPINKLER CO., INC.**

    **Defendants.**

## JOINT STIPULATION FOR REMAND

    COMES NOW, Plaintiff Cahaba Ridge Retirement Community, LLC and Defendant Brendle Sprinkler Co., Inc. (hereinafter collectively "the Parties"), and hereby provides this Court with the Parties' Joint Stipulation for Remand. As grounds therefore, the Parties state as follows:

    1.    The Defendant originally sought removal of the action based on the "diversity of jurisdiction" between Plaintiff and Defendant as residents of separate states. (Doc. 1, ¶ 6).

    2.    In response to the Defendant's Notice of Removal, Plaintiff filed a Motion to Remand with this Honorable Court based on the provisions of 28 U.S.C. § 1441(b)(2) due to Defendant Brendle Sprinkler Co., Inc.'s status as a resident entity of the State of Alabama. (Doc. 5, p. 2-3).

    3.    The Parties hereby stipulate that the case is due to be remanded to the Circuit Court of Jefferson County, Alabama where the action was originally filed by the Plaintiff. (Doc. 1, ¶ 1).

4.      The Parties further stipulate that Plaintiff Cahaba Ridge Retirement Community, LLC's request for an award of attorney's fees, costs, and expenses incurred due to Defendant's Notice of Removal is hereby withdrawn.

WHEREFORE, the above premises considered, the Parties respectfully request that this Honorable Court remand the case to the Circuit Court of Jefferson County, Alabama where the Plaintiff's Complaint was originally filed, with each party to bear its own costs regarding the removal of this action.

Respectfully submitted,

**/s/Jeffrey L. Luther**
JEFFREY L. LUTHER (LUT003)
BRANDON M. LAWSON (LAW057)
LUTHER, COLLIER, HODGES & CASH LLP
401 Church Street
Mobile, AL  36602
PH: (251) 694-9393
FX: (251) 694-9392
P/ jluther@lchclaw.com
P/ blawsom@lchclaw.com
S/ jllservice@lchclaw.com
*Attorney(s) for Defendant*

**/s/ Michael A. Montgomery** *(wPermission)*
MICHAEL A. MONTGOMERY (MON043)
Butler Weihlmuller Katz Craig LLP
P.O. Box 850368
Mobile, AL 36685
PH: (251) 338-3801
FX: (251) 338-3805
mmontgomery@butler.legal
*Attorney for Plaintiff*