# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CAHABA RIDGE RETIREMENT COMMUNITY, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:22-cv-00538-JHE ) ) |
| BRENDLE SPRINKLER CO., INC., | ) ) |
| Defendant. | ) |

## REMAND ORDER

Plaintiff Cahaba Ridge Retirement Community, LLC and Defendant Brendle Sprinkler Co., Inc. have filed a document styled "Joint Stipulation for Remand." (Doc. 7). In the document, the parties request the court remand this action to the Circuit Court of Jefferson County, Alabama (where the Complaint was originally filed) because both parties are residents of the State of Alabama. (*See id.*). The undersigned construes the "Joint Stipulation for Remand" as a joint motion for remand and **GRANTS** the motion. This action is **REMANDED** back to the Circuit Court of Jefferson County, Alabama.

The Clerk is **DIRECTED** to take the appropriate steps to effectuate the remand.

DONE this 9th day of May, 2022.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE